UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE

| | | |
|---|---|---|
| JOYCE HOLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 5:11-CV-05052 |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFF JOYCE HOLMAN'S** |
| NATIONAL ENTERPRISE SYSTEMS, | ) | **MOTION TO DISMISS** |
| INC., | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO DISMISS WITH PREJUDICE

Comes now the Plaintiff, Joyce Holman, and for her Motion to Dismiss with Prejudice, states:

1.  All matters and things in controversy between the Plaintiff, Joyce Holman, and the Defendant, National Enterprise Systems, Inc., have been finally and fully settled and disposed of, and the Plaintiff, Joyce Holman, desires to dismiss with prejudice her cause of action against the Defendant, National Enterprise Systems, Inc.

WHEREFORE, the Plaintiff, Joyce Holman, prays that her Motion to Dismiss with Prejudice be granted and that her cause of action against the Defendant, National Enterprise Systems, Inc., be dismissed with prejudice.

JOYCE HOLMAN, Plaintiff


By: /s/ Jennifer Lueker DuCharme
    Jennifer Lueker DuCharme
    ABA No. 2007248
    Wayne Young Law Firm, P.A.
    3561 N. College Ave.
    Fayetteville, AR 72703
    PHONE:  (479) 571-8696
    FAX:  (479) 571-8984
    Email:  jducharme@wayneyoung.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 24th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notice of such filing to C. Eric Vester, attorney for the Defendant, National Enterprise Systems, Inc.


/s/ Jennifer Lueker DuCharme
Jennifer Lueker DuCharme