```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

JOYCE HOLMAN                                              PLAINTIFF

v.                       Case No. 11-5052

NATIONAL ENTERPRISE SYSTEMS,
INC.                                                      DEFENDANT

## ORDER

Now on this 24TH day of October, 2011, comes on for consideration plaintiff's **Motion to Dismiss With Prejudice** (doc. # 6).

IT APPEARING to the Court that the matter has been settled, the Court finds that the motion should be, and hereby is, **granted**. Further it is ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order.

1

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
UNITED STATES DISTRICT JUDGE